CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

OSMOND WAYNE DAVIS, : **Hon. William J. Martini**

Petitioner,

Civil No. 12-6478 (WJM)

v.

ROY L. HENDRICKS, : <u>ORDER</u>

Respondent.

For the reasons set forth in the Opinion filed herewith,

IT IS on this <u>30</u> day of November, 2012,

ORDERED that the Petition for Writ of Habeas Corpus is granted; and it is further

ORDERED that, within 10 days of the date of the entry of this Order, an Immigration Judge shall provide Petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a); and it is further

ORDERED that the Department of Homeland Security and respondent shall not transfer Petitioner outside this Court's jurisdiction during the pendency of the bond proceedings; and it is further

ORDERED that counsel for respondent shall report the outcome of the bond proceeding to this Court within 4 days of same; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon the parties, and shall administratively terminate the file for statistical purposes.

s/William J. Martini

**WILLIAM J. MARTINI, U.S.D.J.**